IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SATURNINO PRADO, | No. C 10-04049 SBA (PR) |
|     Plaintiff, | **AMENDED ORDER OF DISMISSAL** |
| v. | |
| BRENDA E. VARGAS, | |
|     Defendant. | |

On **September 9, 2010**, this case was opened as a civil rights action when Plaintiff, a state prisoner, filed a letter dated August 20, 2010. On the same date, the Clerk of the Court informed Plaintiff that his action could not go forward until he submitted a completed civil rights complaint form. The Clerk also sent him a notice that he had failed to pay the $350.00 filing fee or apply for leave to proceed in forma pauperis.

Upon reviewing Plaintiff's letter, the Court now determines that Plaintiff intended for this letter to have been filed in his previous action, Case No. C 10-982 JSW (PR). On page three of his letter, Plaintiff informs the Court that he received an Order in Case No. C 10-982 JSW (PR). The Court notes that the Honorable Jeffrey S. White dismissed Case No. C 10-982 JSW (PR) on June 21, 2010 because Plaintiff challenged his "conviction in front of Los Angeles County Superior Court Judge Alice Altoon" and "improperly filed his claim as a civil rights action." (June 21, 2010 Order in Case No. C 10-982 JSW (PR) at 2.) According to the June 21, 2010 Order: "A prisoner must bring a habeas petition if the nature of his claim is such that it would necessarily imply the invalidity of his conviction or continuing confinement." (Id.)

Plaintiff has since filed a habeas corpus action in Case No. C 10-3613 JSW (PR). On October 5, 2010, that habeas action has been transferred because Plaintiff sought federal habeas review of his conviction from Los Angeles County, which lies within the venue of the Central District of California.

Accordingly, the Clerk is directed to remove Plaintiff's letter from this action, to file it in his previously-filed action, Case No. C 10-0982 JSW (PR), and to docket it as Plaintiff's "Letter dated

August 20, 2010."  The Clerk is further directed to mark it as filed on September 9, 2010, the date it was received by the Court.  The present action is DISMISSED because it was opened in error.  No filing fee is due.  The Clerk shall close the file.

    IT IS SO ORDERED.

DATED: 12/20/10

                                              _____
                                              SAUNDRA BROWN ARMSTRONG
                                              United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

SATURNINO PRADO,

        Plaintiff,

v.

US DISTRICT COURT et al,

        Defendant.

Case Number: CV10-04049 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on December 20, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Saturnino Prado P-98312
California State Prison-Sacramento
P.O. Box 290066
Represa, CA 95671

Dated: December 20, 2010

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.10\Prado4049.AmendedDismiss-error.wpd